"O"

FILED
CLERK, U.S. DISTRICT COURT

MAR 20 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>KEITH LEON SMITH,<br><br>               Defendant. | CASE NO. CR 13-00015-DMG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

    On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

    1. The court finds that no condition or combination of conditions will reasonably assure:

        A. (✓)  the appearance of defendant as required; and/or

        B. (✓)  the safety of any person or the community.

    2. The Court concludes:

        A. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: <u>Criminal history</u>

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: <u>Nature of the offenses; prior failures to appear for testing</u>

IT IS ORDERED that defendant be detained.

DATED: <u>March 20, 2015</u>

*[signature]*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))